# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG** | : | **CIVIL ACTION** |
| v. | : | |
| **ASPEN DENTAL MANAGEMENT, INC.** et al | : | **NO.: 22-cv-1234** |

## O R D E R

**AND NOW**, this **31st** day of **JANUARY 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Paul S. Diamond to the Honorable John F. Murphy for further proceedings.

FOR THE COURT:

**JUAN R. SÁNCHEZ**
**Chief Judge**

ATTEST:

_/s/George Wylesol_____
**GEORGE WYLESOL**
**Clerk of Court**