IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASPEN DENTAL MANAGEMENT, INC.<br>and REX DIRECT NET, INC.,<br><br>　　　　　Defendants. | Civil Action No. 2:22-cv-01234 |

**DEFENDANT ASPEN DENTAL MANAGEMENT, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Aspen Dental Management, Inc. is a non-governmental corporate party in the above-listed civil action.  Aspen Dental Management, Inc. hereby discloses that it does not have a parent corporation, nor does a publicly held corporation own 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  February 9, 2023　　　　　　**BUCHANAN INGERSOLL & ROONEY PC**

　　　　　　　　　　　　　　　　　　　<u>/s/ *Samantha L. Southall*　　</u>
　　　　　　　　　　　　　　　　　　　Matthew T. Corso (Pa. I.D. No. 73447)
　　　　　　　　　　　　　　　　　　　Samantha L. Southall (Pa. I.D. No. 80709)
　　　　　　　　　　　　　　　　　　　Patrick D. Doran (Pa. I.D. No. 308781)
　　　　　　　　　　　　　　　　　　　50 South 16th Street, Suite 3200
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　Tel. (215) 665-8700

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Aspen Dental Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing document was filed and served upon all counsel of record via the Court's electronic filing system.

Dated: February 9, 2023                    /s/    *Samantha L. Southall*
                                                  Samantha L. Southall