### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-1234 |
| | : | |
| **ASPEN DENTAL MANAGEMENT, INC., REX DENTAL NET INC., REX DIRECT NET, INC.** | : : : | |

# ORDER

**AND NOW**, this 14th day of March 2023, following our February 7, 2023 Order (DI 28) beginning discovery and today's Initial Pretrial Videoconference, it is **ORDERED**:

1. All fact and expert discovery shall be completed no later than **December 15, 2023**.

2. Affirmative expert reports shall be served no later than **October 6, 2023**. Responsive expert reports, if any, shall be served no later than **November 10, 2023**. Expert depositions, if any, shall be concluded no later than **December 15, 2023**.

3. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

4. This matter is referred to Magistrate Judge Carol Sandra Moore Wells for all settlement purposes. Counsel shall participate in a settlement conference before Magistrate Judge Carol Sandra Moore Wells. The parties shall contact Magistrate Judge Wells's Chambers to schedule the settlement conference for a time that Magistrate Judge Wells deems appropriate.

5. *Daubert* motions shall be filed no later than **December 15, 2023**. Responses shall be filed no later than **December 29, 2023**.

6. Motions for summary judgment shall be filed no later than **January 22, 2024**. Responses shall be filed no later than **February 5, 2024**. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.

7. Motions for class certification shall be filed no later than **January 22, 2024**. Responses shall be filed no later than **February 5, 2024**.

8. Further dates will be scheduled as needed, at a later time.

9. Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.

_____
**MURPHY, J.**