IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-1234 |
| | : | |
| **ASPEN DENTAL MANAGEMENT,** | : | |
| **INC., REX DIRECT NET, INC.** | : | |

# ORDER

**AND NOW**, this 10th day of April 2023, it appearing Defendant Rex Direct Net, Inc. has not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing their first appearance and required under our February 7, 2023 order (DI 28),[1] and reminding Defendant Rex Direct Net, Inc. of its continuing obligation under Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a), it is **ORDERED** Defendant Rex Direct Net, Inc. shall file its disclosure statement no later than **April 12, 2023**.[2]

_____
**MURPHY, J.**

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.