IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>        Plaintiff,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC.<br>and REX DIRECT NET, INC.,<br><br>        Defendants. | Civil Action No. 2:22-cv-01234 |

**DEFENDANT REX-DIRECT NET, INC.
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rex-Direct Net, Inc. is a non-governmental corporate party in the above-listed civil action. Rex-Direct Net, Inc. hereby discloses that it does not have a parent corporation, nor does a publicly held corporation own 10% or more of its stock.

                                                                  Respectfully submitted,

Dated:  April 10, 2023                   **MARK THOMAS SOPHOCLES, LLC**

                                                         /s/  Mark T. Sophocles
                                                         Mark T. Sophocles, Esquire
                                                         (Pa. I.D. No. 74998)
                                                         21 Industrial Blvd., Suite 201
                                                         Paoli, PA 19301
                                                         Phn. (610) 651-0105
                                                         ***Attorney for Defendant***
                                                         ***Rex-Direct Net, Inc.***