## **CERTIFICATE OF SERVICE**

      I, Mark T. Sophocles, Esquire hereby certify that on this date, a true and correct copy of the foregoing document was filed and served upon all counsel of record via the Court's electronic filing system.

Dated:  April 10, 2023                               /s/    *Mark T. Sophocles*
                                                                                   Mark T. Sophocles, Esquire