IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREW R. PERRONG | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 22-1234 |
| | : | |
| ASPEN DENTAL MANAGEMENT, INC., REX DIRECT NET, INC. | : : | |

## ORDER

**AND NOW**, this 24th day of July 2023, upon considering plaintiff's motion to compel (DI 39) defendant Rex Direct Net Inc. to produce the calling records of the pre-recorded calling conduct, and good cause shown[1] and noting it is unopposed, it is **ORDERED** plaintiff's motion to compel (DI 39) is **GRANTED**.

_____
**MURPHY, J.**

---

[1] Plaintiff seeks to compel from Rex Direct Net Inc. certain calling data responsive to his request for production no. 15. Plaintiff demonstrated relevance, and the record reflects no basis to think the response burdensome or otherwise inappropriate under Rule 26(b).