### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC. and REX DIRECT NET INC.<br><br>Defendants. | CIVIL ACTION FILE NO. 22-cv-1234 |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 and Local Rule 41.1(b), Plaintiff Andrew Perrong, Defendant Aspen Dental Management, Inc. ("ADMI") and Defendant Rex Direct Net Inc, ("Rex Direct"), by and through undersigned counsel, hereby stipulate to the dismissal of the above-captioned action as follows: (i) dismissal without prejudice of Plaintiff's individual and putative class claims against Rex Direct and (ii) dismissal with prejudice as to Plaintiff's individual claims against ADMI and without prejudice as to his putative class claims. Each party shall bear their own costs and attorneys' fees.

Dated: September 25, 2023

                                        PLAINTIFF,
                                        By his attorneys

                                        */s/ Anthony I. Paronich*
                                        Anthony I. Paronich
                                        Paronich Law, P.C.
                                        350 Lincoln Street, Suite 2400
                                        Hingham, MA 02043
                                        (508) 221-1510
                                        anthony@paronichlaw.com

                                        DEFENDANT

By their attorney

/s/ *James A. Peterson*
James A. Peterson
Peterson Legal P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
(754) 444-8076

/s/ *Samantha L. Southall*
Samantha L. Southall (Pa. I.D. No. 80709)
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
(215) 665-3800
samantha.southall@bipc.com
*Counsel for Defendant Aspen Dental Management, Inc.*

IT IS SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this September 25, 2023 on all counsel of record via the Court's CM/ECF system.

                                                  */s/ Anthony I. Paronich*